PROB 12C
(7/93)

Report Date: June 3, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 4 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fausto Romero-Solis            Case Number: 0980 2:10CR02042-001

Address of Offender: None

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 9, 2010

Original Offense:      Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:     Prison 26 months;              Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   To be determined              Date Supervision Commenced: 02/24/2012

Defense Attorney       To be determined              Date Supervision Expires: 02/23/2015

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: Fausto Romero-Solis is considered in violation of his term of supervised release as he returned to the United States without advanced legal permission on or about May 17, 2014.

According to the criminal complaint filed in U.S. District Court in the Southern District of California, two females attempted to transport the defendant and another male individual unlawfully into the United States in the trunk of a car. Border patrol agents conducted a secondary inspection of the vehicle the two women were driving, after they acted suspicious. The defendant and the other male were located and the two women admitted they were going to be paid $1,500 to pick up and transport the two men. Agents determined both men were citizens of Mexico and did not have consent or permission to be in the U.S. The criminal complaint charged the two females with transportation of illegal aliens, a violation of 8 U.S.C. §1324. The defendant was charged with deported alien in the U.S. a violation of 8 U.S.C. §1326. They will be arraigned on June 12, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/03/2014

s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/4/14
Date