PROB 12C
(7/93)

Report Date: May 6, 2015

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 7 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fausto Romero-Solis          Case Number: 0980 2:10CR02042-001

Address of Offender: None

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 9, 2010

Original Offense:      Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:     Prison 26 months; TSR - 36    Type of Supervision: Probation
                       months

Asst. U.S. Attorney:   Ian Garriques              Date Supervision Commenced: 02/24/2012

Defense Attorney:      Alison K. Guernsey         Date Supervision Expires: 03/23/2015

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/04/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Fausto Romero-Solis is considered in violation of his term of supervised release by committing the felony offense of returning the United States without lawful permission, a violation of 8 U.S.C. § 1326, on or about October 14, 2014. |
| | As noted in violation 1 of the petition dated June 4, 2014, Mr. Romero-Solis was located in the Southern District of California on or about May 17, 2014, by Border Patrol agents. The defendant and several other individuals were found to have entered the United States without lawful permission. The defendant was detained and a criminal complaint was filed in U.S. District Court. |
| | On June 12, 2014, an Information was filed, case 14CR1700-H-3, charging the defendant with count 1: transporting of illegal aliens, and count 2: removed alien found in the United States. The defendant pled guilty to count 2 of the information on June 26, 2014. He was sentenced on October 15, 2014, and received a 10-month sentence. |

Prob12C  
Re: Romero-Solis, Fausto  
May 6, 2015  
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2015

s/SanJuanita B. Coronado

SanJuanita B. Coronado  
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action  
[ ] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ] Defendant to appear before the Judge assigned to the case.  
[ ] Defendant to appear before the Magistrate Judge.  
[ ] Other

Signature of Judicial Officer

5/7/15  
Date